**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-22393-CIV-ALTONAGA/Reid**

**ALEJANDRO ESPINOZA**,

 Plaintiff,

v.

**KITON MIAMI, LLC**,

 Defendant.

_____/

**<u>ORDER</u>**

**THIS CAUSE** came before the Court *sua sponte*.  On June 26, 2024, the Court entered an Order [ECF No. 5] directing the parties to submit a joint scheduling report, as required by Local Rule 16.1, and file corporate disclosure statements and certificates of interested parties by July 8, 2024.  (*See id.*).  To date, the parties have not filed a joint scheduling report or certificates of interested parties and/or corporate disclosure statements; nor has either party sought an extension of time to do so.  Accordingly, it is

**ORDERED** that the case is **DISMISSED** without prejudice.

**DONE AND ORDERED** in Miami, Florida, this 9th day of July, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record